# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**LINNEA M. GASHI-DOBERDOLL,**

    Plaintiff(s),

vs.

**DT AUTOMOTIVE CENTER, INC. dba DESERT TOYOTA OF TUCSON, et al.,**

    Defendant(s).

Case Number: 4:18-cv-00483-RM

**DECLARATION OF SERVICE (CORPORATE)**

**Person to be served**(Name and Address):
TUCSON FEDERAL CREDIT UNION
1160 N WINSTEL BLVD,
TUCSON, AZ 85716

**Papers Served:** SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICES

**Service Data:** [X] Served Successfully   [ ] Not Served

Date/Time:   October 04, 2018   2:24 PM

Name of Person Served and relationship/title:

TAUNIA TOVAR

SECRETARY/AUTHORIZED TO ACCEPT

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (see name and relationship above)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.(corporate or entity: see name and official title above)

**Description of Person Accepting Service (or person contacted for non-service):**

SEX: Female AGE: 55 HEIGHT: 5ft 7in - 5ft 8in WEIGHT: 141 - 160 lbs SKIN: White HAIR:   OTHER:

I certify by my signature below that this Declaration of Service was executed electronically by the Certified Process Server whose information appears below the signature, that the Process Server has reviewed the information entered electronically, and that the Process Server's certification is in good standing.

Rich Kingdon #MC7238 (Maricopa County)
Supervising Process Server

I, James Christopher King, PM632, Pima County, was at the time of service a competent adult, over the age of 21 and not a party to this action. I am a Certified Process Server, in good standing. in the State of Arizona. I declare under penalty of perjury that the foregoing is true and correct.

_____   10/04/2018
Signature of Process Server   Date


* 11959 *


SHADOW PROCESS SERVICE

24 W Camelback Rd, Ste A99,
Phoenix AZ 85013
t: (602) 687-6400
f: (602) 687-6305
e: info@spsaz.net