**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com
edocket@cavanaghlaw.com

Timothy R. Hyland (SBN 010298)
thyland@cavanaghlaw.com
Benjamin J. Branson (SBN 029233)
bbranson@cavanaghlaw.com
Telephone: (602) 322-4078
Facsimile: (602) 322-4103

Attorneys for America First Credit Union

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Linnea M. Gashi-Doberdoli,<br><br>                   Plaintiff,<br>v.<br><br>DT Automotive Center, Inc. dba Desert Toyota of Tucson; Truwest Credit Union; America First Credit Union; Tucson Federal Credit Union; Experian Information Solutions, Inc.; Transunion, LLC,<br><br>                   Defendants. | Case No.: 4:18-cv-00483-RM<br><br>**AMERICA FIRST CREDIT UNION ANSWER TO CIVIL COMPLAINT**<br><br>(Assigned to the Honorable Rosemary Marquez) |

Defendant America First Credit Union (hereinafter "America First"), by and through undersigned counsel, The Cavanagh Law Firm, for its Answer to Plaintiff's Complaint hereby admits, denies and alleges as follows:

### I.    PRELIMINARY STATEMENT

1. The allegations contained in Paragraph 1 are directed at other Defendants and does not mention America First. To the extent the factual allegations contained in Paragraph 1 refer or apply to America First and require a response, America First denies it failed to comply with the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §1691(d), and its implementing regulations. America First further denies it violated the Fair Credit Reporting Act ("FCRA") 15 U.S.C. §1681 *et seq.* or the Arizona Consumer Fraud Act with

regard to the sale or financing of a 2007 Toyota Tundra from Desert Toyota. America First denies any remaining allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. With respect to the allegations contained Paragraph 2, America First denies it was involved in any deceitful or improper financing arrangement involving Plaintiff. America First is without sufficient information, knowledge and/or belief as to the truth of the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint and therefore denies the same.

3. The allegations contained in Paragraph 3 are directed at other Defendants and does not mention America First. To the extent the factual allegations contained in Paragraph 3 refer or apply to America First and require a response, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

4. With regards to the allegations contained in Paragraphs 4 and 5, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

5. With respect to the allegations contained in Paragraph 6, America First admits it received from Desert Toyota an inquiry as to credit for Plaintiff. America First is without sufficient information, knowledge and/or belief as to the truth of the remaining allegations contained in Paragraph 6 of Plaintiff's Complaint and therefore denies the same.

6. With respect to the allegations contained in Paragraph 7, America First denies it has violated the ECOA or FCRA or failed to properly supply any required notice. Further, America First denies it took any adverse action with regard to Plaintiff. America First is without sufficient information, knowledge and/or belief as to the truth of the remaining allegations contained in Paragraph 7 of Plaintiff's Complaint and therefore denies the same.

## II. JURISDICTION

7. With respect to Paragraphs 8 and 9 of Plaintiff's Complaint, America First admits that this Court has federal question jurisdiction pursuant to 28 U.S.C. §§1331 and

1337 and that this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 to hear the claims being asserted. America First denies any remaining allegations in Paragraphs 8 and 9 of Plaintiff's Complaint.

### III. VENUE & INTRA-DISTRICT ASSIGNMENT

8. With respect to Paragraph 10 of Plaintiff's Complaint, America First admits that venue is proper in the District of Arizona pursuant to 28 U.S.C. §1391. America First denies any remaining allegations contained in Paragraph 10 of Plaintiff's Complaint.

9. With regard to the allegations contained in Paragraph 11, America First denies it committed any wrongful conduct against Plaintiff from which a valid cause of action can arise. America First is without sufficient information, knowledge and/or belief as to the truth of the remaining allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore denies the same.

### IV. The Parties

10. Paragraphs 12, 13, and 14 of Plaintiff's Complaint asserts legal conclusions for which a response from America First is not required. To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

11. Paragraph 15 of Plaintiff's Complaint asserts a legal conclusion for which a response from America First is not required. To the extent a response is required, America First denies that it is a corporation, America First is a nonprofit federally chartered credit union domiciled in Riverdale, Utah. America First admits that it is a "creditor" under the meaning of the ECOA, and a "person" under the Arizona Consumer Fraud Act. America First denies any remaining allegations contained in Paragraph 15 of Plaintiff's Complaint.

12. Paragraph 16 Plaintiff's Complaint asserts a legal conclusions for which a response from America First is not required. To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

13. With regard to the allegations contained in Paragraph 17, America First is

without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

14. Paragraph 18 Plaintiff's Complaint asserts a legal conclusions for which a response from America First is not required. To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

15. With regard to the allegations contained in Paragraph 19, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

16. Paragraph 20 Plaintiff's Complaint asserts a legal conclusions for which a response from America First is not required. To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

### V. **GENERAL ALLEGATIONS COMMON TO ALL CLAIMS**

17. With regard to the allegations contained in Paragraphs 21 through 87, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

### **DEFENDANT CREDITOR INQUIRES**

18. With regard to the allegations contained in Paragraph 88, America First admits it made an inquiry to Experian regarding Plaintiff. America First is without sufficient information, knowledge and/or belief as to the truth of the remaining allegations contained in Paragraph 88 and therefore denies the same.

19. With regard to the allegations contained in Paragraph 89, America First is without sufficient information, knowledge and/or belief as to the contents of a January 29, 2018, Experian report and therefore denies the allegations contained in Paragraph 89 of Plaintiff's Complaint.

20. With regard to the allegations contained in Paragraph 90, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations

4

contained in Paragraph 90 and therefore denies the same

21. With regard to Paragraphs 91-95, America First is without sufficient information, knowledge and/or belief as to the contents of a January 29, 2018, Experian report and therefore denies the allegations contained in Paragraph 91-95 of Plaintiff's Complaint.

22. With regard to Paragraph 96, America First is without sufficient information, knowledge and/or belief as to the contents of a January 29, 2018 Experian report. America First admits that it submitted an inquiry for Ms. Doberdoli's consumer report. America First denies any remaining allegations contained in Paragraph 96 of Plaintiff's Complaint.

23. America First denies the allegations contained in Paragraph 97.

24. With regard to the allegations contained in Paragraph 98 America First affirmatively asserts that it properly conveyed to Desert Toyota that America First was willing to extend financing to Plaintiff. America First affirmatively asserts it provided all information required by law. America First denies any remaining allegations contained in Paragraph 98 of Plaintiff's Complaint.

25. With regard to Paragraph 99, America First responds that the documents speak for themselves. America First admits an inquiry was submitted by Plaintiff and America First responded appropriately in accordance with applicable law. America First denies any remaining allegations contained in Paragraph 99 of Plaintiff's Complaint.

26. With regard to the allegations contained in Paragraph 100, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

**DEFENDANT TRUWEST CREDIT UNION CREDIT INQURY AND CREDIT EXTENSION**

27. The allegations contained in Paragraphs 101 through 110 concerns defendants other than America First and therefore no response from America First is required. To the extent a response is required, America First is without sufficient

information, knowledge and/or belief as to the truth of the allegations contained therein and therefore denies the same.

### Count I: Violations for the Federal Equal Credit Opportunity Act
### 15 U.S.C. § 1691(d)
### DESERT TOYOTA, Tucson Federal Credit Union, America First Credit Union, TruWest Credit Union

28. America First hereby incorporates and reasserts, as if fully set forth herein, each and every answer, response, and assertion in this Answer as contained in Paragraphs 1 through 27 above.

29. Paragraph 112 of Plaintiff's Complaint assert legal conclusions for which a response from America First is not required. To the extent a response is required, America First denies that it acted unlawfully or in violation of ECOA, 15 U.S.C. § 1691(d). America First denies any remaining allegations contained in Paragraph 112 of Plaintiff's Complaint.

30. With regard to the allegations contained in Paragraph 113, America First denies the allegations to the extent they assert any illegal, improper or wrongful conduct by America First. With regard to remaining allegations in Paragraph 113 pertaining to conduct by other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

31. With regard to the allegations contained in Paragraph 114, America First denies the allegations to the extent they assert Plaintiff is entitle to recover any damages of any kind from America First. With regard to remaining allegations in Paragraph 114 pertaining to conduct by other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

32. With regard to the allegations against America First contained in Paragraph 115, America First denies the allegations. With regard to remaining allegations in Paragraph 114 pertaining to conduct by other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

**Claim II:  Violation of the Equal Credit Opportunity Act**
**15 U.S.C. § 1691(a)(1)**
**DESERT TOYOTA**

33.  America First hereby incorporates and reasserts, as if fully set forth herein, each and every answer, response, and assertion in this Answer as contained in Paragraphs 1 through 32 above.

34.  The allegations contained in Paragraphs 117 through 120 concern defendants other than America First and therefore no response from America First is required.  To the extent a response is required, America First denies all allegations as directed to America First.  With regard to remaining allegations in Paragraph 114 pertaining to conduct by other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

**Claim III:  Violations for the Federal Fair Credit Reporting Act**
**16 [SICE] U.S.C. § 1681b(f)**
**DESERT TOYOTA, Tucson Federal Credit Union, America First Credit Union, TruWest Credit Union**

35.  America First hereby incorporates and reasserts, as if fully set forth herein, each and every answer, response, and assertion in this Answer as contained in Paragraphs 1 through 34 above.

36.  Paragraph 122 of Plaintiff's Complaint assert legal conclusions for which a response from America First is not required.  To the extent a response is required, America First denies that it acted unlawfully or in violation of FCRA, 15 U.S.C. §1681b(f).  With regard to remaining allegations in Paragraph 114 pertaining to conduct by other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

37.  With regard to the allegations contained in Paragraph 123, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

38.  Paragraphs 124 and 125 of Plaintiff's Complaint assert legal conclusions for which a response from America First is not required.  To the extent a response is required,

America First denies that America First engaged in any conduct in violation of the law. America First affirmatively asserts it received a proper inquiry for financing and required authorizations to the best of its knowledge. With regard to remaining allegations in Paragraphs 124-125, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same

39. The allegations contained in Paragraphs 126 through 130, insofar as they are directed to other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same. America First denies the remaining allegations contained in Paragraphs 126-130 to the extent they are directed at America First.

40. Paragraph 131 of Plaintiff's Complaint asserts legal conclusions for which a response from America First is not required. To the extent a response is required, America First denies that Plaintiff is entitled to recover any damages from America First. The remaining allegations contained in Paragraph 131, insofar as they are directed to other defendants, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

### Claim IV: Violations of the Arizona Consumer Fraud Act
### A.R.S. §§ 44-1521 to 44-1534
### DESERT TOYOTA

41. America First hereby incorporates and reasserts, as if fully set forth herein, each and every answer, response, and assertion in this Answer as contained in Paragraphs 1 through 40 above.

42. The allegations contained in Paragraphs 133 through 147 concern defendants other than America First and therefore no response from America First is required. To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

/ / /

/ / /

**Claim V:  Violations for the Federal Fair Credit Reporting Act**
**15 U.S.C. § 1681e(a)**
**Experian**

43. America First hereby incorporates and reasserts, as if fully set forth herein, each and every answer, response, and assertion in this Answer as contained in Paragraphs 1 through 42 above.

44. The allegations contained in Paragraphs 149 through 152 concern defendants other than America First and therefore no response from America First is required.  To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

**Claim VI:  Violations for the Federal Fair Credit Reporting Act**
**15 U.S.C. § 1681e(a)**
**TransUnion**

45. America First hereby incorporates and reasserts, as if fully set forth herein, each and every answer, response, and assertion in this Answer as contained in Paragraphs 1 through 44 above.

46. The allegations contained in Paragraphs 154 through 157 concern defendants other than America First and therefore no response from America First is required.  To the extent a response is required, America First is without sufficient information, knowledge and/or belief as to the truth of the allegations and therefore denies the same.

## **AFFIRMATIVE DEFENSES**

For its further Answer to Plaintiff's Complaint, and by way of affirmative defenses, America First alleges as follows:

1. America First denies each and every allegation of Plaintiff's Complaint not expressly admitted herein.

2. America First asserts Plaintiff's Complaint fails to assert a claim against America First upon which relief can be granted.

3. America First fully complied with and performed all of its legal and other duties, statutory and regulatory, express and implied, to Plaintiff, and Plaintiff is estopped

to assert any cause of action against America First.

4. Plaintiff's Complaint fails to set forth a sufficient factual basis to establish a claim under either the ECOA or FCRA as to America First.

5. America First asserts it took no adverse action with respect to Plaintiffs under the ECOA or FCRA.

6. America First asserts it had proper/appropriate certification and a permissible purpose to make an inquiry as to Plaintiff's credit under the FCRA.

7. America First took no discriminatory action with regard to Plaintiff in its consideration of the request for financing submitted to it.

8. America First asserts it did not fail to provide any required notices or notifications of its actions to Plaintiff under the ECOA or the FCRA.

9. America First was informed and reasonably relied that the application and forms by Plaintiff had been properly signed and complied with all federal, state and local laws and regulations including but not limited to ECOA and FCRA.

10. America First was informed and reasonably relied that the application contained valid and genuine signature of the Plaintiff and authorized America First to receive credit reports on the Plaintiff.

11. America First reasonably relied on Desert Toyota to provide accurate information relating to Plaintiff and her application for credit.

12. America First asserts that Plaintiff failed to exhaust its administrative remedies prior to seeking judicial relief.

13. America First asserts that upon information and belief there may be other non-parties at fault in this matter who shall be identified in accordance with applicable rules.

14. America First asserts that even if Plaintiff's allegations are true, Plaintiff did not suffer any economic damages.

15. America First asserts that if Plaintiff did suffer any damages, Plaintiff failed to take reasonable steps to reduce or minimize the damages experienced.

16. America First asserts that if Plaintiff did suffer any damages, third-parties are responsible for those damages and that America First is the improper party to seek redress against.

17. Plaintiff's Complaint, to the extent it seeks punitive or exemplary damages, violates America First's right to equal protection under the law under both the United States Constitution as well as the Arizona Constitution, and therefore fails to state a basis upon which either punitive or exemplary damages can be awarded.

18. Plaintiffs' Complaint, to the extent it seeks punitive or exemplary damages, violates America First's right to protection against excessive fines under the Arizona Constitution and therefore fails to state a basis upon which either punitive or exemplary damages can be awarded.

19. Plaintiffs' Complaint, to the extent it seeks exemplary or punitive damages, violates Homesite's rights to procedural due process under the Fourteenth Amendment to the United States Constitution as well as the Constitution of the State of Arizona, and therefore fails to state a basis upon which either punitive or exemplary damages can be awarded.

20. Plaintiffs' Complaint to the extent it seeks punitive or exemplary damages, violates Homesite's right to substantive due process provided in the Fifth and Fourteenth Amendments to the United States Constitution as well as the Arizona Constitution, and therefore fails to state a basis upon which either punitive or exemplary damages can be awarded.

21. America First asserts there is a failure of proximate cause for the allegations of punitive damages under Arizona law.

22. America First asserts there is a lack of an evil mind sufficient to establish a claim for punitive damages.

23. Because America First has not yet had an opportunity to conduct any discovery in this matter, and so as not to waive any other applicable affirmative defenses set forth in Rules 8(c) and 12(b), *Federal Rules of Civil Procedure*, which may be shown to

apply by future discovery in this matter, all defenses set forth in these rules are incorporated herein by this reference.

24. America First reserves the right to amend its Answer to specifically plead any additional matters constituting an avoidance or affirmative defense which discovery in this matter may show to be applicable.

WHEREFORE, America First, having fully answered Plaintiff's Complaint, hereby prays for judgment in its favor, and against Plaintiff as follows:

A. That the Complaint be dismissed and Plaintiff take nothing thereby;

B. That America First have judgment against Plaintiff, together with an award of its costs incurred in defending this action pursuant to 15 U.S.C. § 1681, A.R.S. § 12-341 and any other applicable statute; and

C. That the Court award such other and further relief as it deems just and proper under the circumstances.

DATED this 24th day of October, 2018.

**THE CAVANAGH LAW FIRM, P.A.**

By: /s/ Benjamin J. Branson
Timothy R. Hyland
Benjamin J. Branson
*Attorneys for America First Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Christine Anderson Ferraris, Esq.
A. Ferraris Law, PLLC
333 North Wilmot Road, Suite 340
Tucson, AZ  85711
cferraris@aferrarislaw.com

Susan M. Rotkis, Esq.
Consumer Litigation Associates West, PLLC
382 South Convent
Tucson, AZ  85716

1  srotkis@clalegal.com

2  *Attorneys for Plaintiffs*

3  Jonathan A. Dessaules, Esq.
   Dessaules Law Group
4  5353 N. 16th Street, Suite 110
   Phoenix, AZ 85016-3282
5  jdessaules@dessauleslaw.com
6  *Attorneys for Experian Information Solutions, Inc.*

7  J. Neil Stuart, Esq.
   Cohen Dowd Quigley, PC
8  2425 E. Camelback Road, Suite 1100
   Phoenix, AZ 85016
9  nstuart@cdqlaw.com
   *Attorneys for Transunion, LLC*

11     /s/ Adriana Garcia