**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com
edocket@cavanaghlaw.com

Timothy R. Hyland (SBN 010298)
thyland@cavanaghlaw.com
Benjamin J. Branson (SBN 029233)
bbranson@cavanaghlaw.com
Telephone:  (602) 322-4078
Facsimile:  (602) 322-4103

Attorneys for America First Credit Union

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Linnea M. Gashi-Doberdoli,<br><br>                                      Plaintiff,<br><br>v.<br><br>DT Automotive Center, Inc. dba Desert Toyota of Tucson; Truwest Credit Union; America First Credit Union; Tucson Federal Credit Union; Experian Information Solutions, Inc.; Transunion, LLC,<br><br>                                      Defendants. | Case No.: 4:18-cv-00483-RM<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERICA FIRST CREDIT UNION**<br><br>(Assigned to the Honorable Rosemary Marquez) |

**This Corporate Disclosure Statement is filed on behalf of America First Credit Union in compliance with the provisions of:** *(check one)*

   X          Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

               Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_____ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed.*)

_____ _____ Relationship _____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.* (*Attach additional pages if needed.*)

_____ _____ Relationship _____

 X   Other (please explain)

America First is a Nonprofit Federally Chartered Credit Union domiciled in Riverdale, Utah wholly owned by its members

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 24th day of October, 2018.

**THE CAVANAGH LAW FIRM, P.A.**

By:   /s/ Benjamin J. Branson
        Timothy R. Hyland
        Benjamin J. Branson
        *Attorneys for America First Credit Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Christine Anderson Ferraris
A. Ferraris Law, PLLC
333 North Wilmot Road, Suite 340
Tucson, AZ 85711
cferraris@aferrarislaw.com

Susan M. Rotkis
Consumer Litigation Associates West, PLLC
382 South Convent
Tucson, AZ 85716
srotkis@clalegal.com

*Attorneys for Plaintiffs*

Jonathan A. Dessaules, Esq.
Dessaules Law Group
5353 N. 16th Street, Suite 110
Phoenix, AZ 85016-3282
jdessaules@dessauleslaw.com
Attorneys for Experian Information Solutions, Inc.

J. Neil Stuart, Esq.
Cohen Dowd Quigley, PC
2425 E. Camelback Road, Suite 1100
Phoenix, AZ 85016
nstuart@cdqlaw.com
Attorneys for Transunion, LLC

    /s/ Adriana Garcia

LAW OFFICES
THE CAVANAGH LAW FIRM, P.A.
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000