David L. O'Daniel  (SBN:  006418)
Annelise M. Dominguez  (SBN:  033299)
**GORDON REES SCULLY MANSUKHANI, LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone:  (602) 794-2472
Facsimile:  (602) 265-4716
dodaniel@grsm.com
adominguez@grsm.com

Attorneys for  Defendant
Tucson Federal Credit Union

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linnea M. Gashi-Doberdoli, | ) **CASE NO.  CV18-00483-TUC-RM** |
| Plaintiff, | ) |
| vs. | ) **ANSWER OF DEFENDANT TUCSON FEDERAL CREDIT UNION** |
| DT Automotive Center, Inc. dba Desert Toyota of Tucson; TruWest Credit Union; America First Credit Union; Tucson Federal Credit Union; Experian Information Solutions, Inc; Transunion, LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Defendant Tucson Federal Credit Union ("Tucson Federal") for its Answer to the Civil Complaint ("Complaint"), filed September 26, 2018, and without waiving its defenses, admits, denies, and alleges as follows:

## I.     PRELIMINARY STATEMENT

1.     Answering Paragraph 1 of the Complaint, Tucson Federal admits that Plaintiff Linnea M. Gashi-Doberdoli ("Plaintiff") filed a Complaint against DT Automotive Center, Inc. dba Desert Toyota of Tucson, TruWest Credit Union, Tucson Federal Credit Union, Experian Information Solutions, Inc., and Transunion, LLC, on September 26, 2018. All other allegations are denied and Tucson Federal expressly denies liability and alleges that Plaintiff failed to state claims against it on which relief can be granted.

2.     Answering Paragraph 2 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

3.     Answering Paragraph 3 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

4.     Answering Paragraph 4 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

5.     Answering Paragraph 5 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

6.     Answering Paragraph 6 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

7.     Answering Paragraph 7 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

## II.     JURISDICTION

8.     Answering Paragraph 8 of the Complaint, Tucson Federal affirmatively alleges that it does not contest primary jurisdiction for the limited purposes of this lawsuit. All other allegations are denied.

9.     Answering Paragraph 9 of the Complaint, Tucson Federal affirmatively alleges that it does not contest jurisdiction for the limited purposes of this lawsuit but denies that supplemental jurisdiction is proper.  All other allegations are denied.

## III.     VENUE & INTRA-DISTRICT ASSIGNMENT

10.     Answering Paragraph 10 of the Complaint, Tucson Federal does not contest venue for the limited purposes of this lawsuit. All other allegations are denied.

11.     Answering Paragraph 11 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.   Tucson Federal denies any unlawful conduct by it.

## IV.     THE PARTIES

12.     Answering Paragraph 12 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

13.     Answering Paragraph 13 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

14.     Answering Paragraph 14 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

15.     Answering Paragraph 15 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

16.     Answering Paragraph 16 of the Complaint, Tucson Federal admits that it is a federally insured credit union. All other allegations are denied.

17.     Answering Paragraph 17 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

18.     Answering Paragraph 18 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations and accordingly denies the allegations therein.

19.     Answering Paragraph 19 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

20.    Answering Paragraph 20 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

## V.    GENERAL ALLEGATIONS COMMON TO ALL CLAIMS

21.    Answering Paragraph 21 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

22.    Answering Paragraph 22 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

23.    Answering Paragraph 23 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

24.    Answering Paragraph 24 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

25.    Answering Paragraph 25 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

26.    Answering Paragraph 26 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

27.    Answering Paragraph 27 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

28.    Answering Paragraph 28 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

29.     Answering Paragraph 29 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

30.     Answering Paragraph 30 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

31.     Answering Paragraph 31 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

32.     Answering Paragraph 32 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

33.     Answering Paragraph 33 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

34.     Answering Paragraph 34 of the Complaint, Tucson Federal, is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

35.     Answering Paragraph 35 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

36.     Answering Paragraph 36 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

37.     Answering Paragraph 37 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

38.     Answering Paragraph 38 of the Complaint, Tucson Federal is without

sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

39.     Answering Paragraph 39 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

40.     Answering Paragraph 40 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

41.     Answering Paragraph 41 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

42.     Answering Paragraph 42 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

43.     Answering Paragraph 43 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

44.     Answering Paragraph 44 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

45.     Answering Paragraph 45 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

46.     Answering Paragraph 46 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

47.     Answering Paragraph 47 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the

1   allegations contained therein and accordingly denies them.

2          48.     Answering Paragraph 48 of the Complaint, Tucson Federal is without
3   sufficient knowledge or information to form a belief as to the truth or falsity of the
4   allegations contained therein and accordingly denies them.

5          49.     Answering Paragraph 49 of the Complaint, Tucson Federal is without
6   sufficient knowledge or information to form a belief as to the truth or falsity of the
7   allegations contained therein and accordingly denies them.

8          50.     Answering Paragraph 50 of the Complaint, Tucson Federal is without
9   sufficient knowledge or information to form a belief as to the truth or falsity of the
10  allegations contained therein and accordingly denies them.

11         51.     Answering Paragraph 51 of the Complaint, Tucson Federal is without
12  sufficient knowledge or information to form a belief as to the truth or falsity of the
13  allegations contained therein and accordingly denies them.

14         52.     Answering Paragraph 52 of the Complaint, Tucson Federal is without
15  sufficient knowledge or information to form a belief as to the truth or falsity of the
16  allegations contained therein and accordingly denies them.

17         53.     Answering Paragraph 53 of the Complaint, Tucson Federal is without
18  sufficient knowledge or information to form a belief as to the truth or falsity of the
19  allegations contained therein and accordingly denies them.

20         54.     Answering Paragraph 54 of the Complaint, Tucson Federal is without
21  sufficient knowledge or information to form a belief as to the truth or falsity of the
22  allegations contained therein and accordingly denies them.

23         55.     Answering Paragraph 55 of the Complaint, Tucson Federal is without
24  sufficient knowledge or information to form a belief as to the truth or falsity of the
25  allegations contained therein and accordingly denies them.

26         56.     Answering Paragraph 56 of the Complaint, Tucson Federal is without
27  sufficient knowledge or information to form a belief as to the truth or falsity of the
28  allegations contained therein and accordingly denies them.

57.     Answering Paragraph 57 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

58.     Answering Paragraph 58 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

59.     Answering Paragraph 59 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

60.     Answering Paragraph 60 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

61.     Answering Paragraph 61 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

62.     Answering Paragraph 62 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

63.     Answering Paragraph 63 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

64.     Answering Paragraph 64 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

65.     Answering Paragraph 65 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

66.     Answering Paragraph 66 of the Complaint, Tucson Federal is without

sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

67.     Answering Paragraph 67 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

68.     Answering Paragraph 68 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

69.     Answering Paragraph 69 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

70.     Answering Paragraph 70 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

71.     Answering Paragraph 71 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

72.     Answering Paragraph 72 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

73.     Answering Paragraph 73 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

74.     Answering Paragraph 74 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

75.     Answering Paragraph 75 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the

1 | allegations contained therein and accordingly denies them.

2 |       76.    Answering Paragraph 76 of the Complaint, Tucson Federal is without

3 | sufficient knowledge or information to form a belief as to the truth or falsity of the

4 | allegations contained therein and accordingly denies them.

5 |       77.    Answering Paragraph 77 of the Complaint, Tucson Federal is without

6 | sufficient knowledge or information to form a belief as to the truth or falsity of the

7 | allegations contained therein and accordingly denies them.

8 |       78.    Answering Paragraph 78 of the Complaint, Tucson Federal is without

9 | sufficient knowledge or information to form a belief as to the truth or falsity of the

10 | allegations contained therein and accordingly denies them.

11 |       79.    Answering Paragraph 79 of the Complaint, Tucson Federal is without

12 | sufficient knowledge or information to form a belief as to the truth or falsity of the

13 | allegations contained therein and accordingly denies them.

14 |       80.    Answering Paragraph 80 of the Complaint, Tucson Federal is without

15 | sufficient knowledge or information to form a belief as to the truth or falsity of the

16 | allegations contained therein and accordingly denies them.

17 |       81.    Answering Paragraph 81 of the Complaint, Tucson Federal is without

18 | sufficient knowledge or information to form a belief as to the truth or falsity of the

19 | allegations contained therein and accordingly denies them.

20 |       82.    Answering Paragraph 82 of the Complaint, Tucson Federal is without

21 | sufficient knowledge or information to form a belief as to the truth or falsity of the

22 | allegations contained therein and accordingly denies them.

23 |       83.    Answering Paragraph 83 of the Complaint, Tucson Federal is without

24 | sufficient knowledge or information to form a belief as to the truth or falsity of the

25 | allegations contained therein and accordingly denies them.

26 |       84.    Answering Paragraph 84 of the Complaint, Tucson Federal is without

27 | sufficient knowledge or information to form a belief as to the truth or falsity of the

28 | allegations contained therein and accordingly denies them.

85.     Answering Paragraph 85 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

86.     Answering Paragraph 86 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

87.     Answering Paragraph 87 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

## DEFENDANT CREDITOR INQUIRIES

88.     Answering Paragraph 88 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

89.     Answering Paragraph 89 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

90.     Answering Paragraph 90 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

91.     Answering Paragraph 91 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

92.     Answering Paragraph 92 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

93.     Answering Paragraph 93 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

94.     Answering Paragraph 94 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them. Tucson Federal affirmatively alleges that it was not required to provide notice.

95.     Answering Paragraph 95 of the Complaint, Tucson Federal denies the allegations contained therein.

96.     Answering Paragraph 96 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

97.     Answering Paragraph 97 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

98.     Answering Paragraph 98 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

99.     Answering Paragraph 99 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

100.     Answering Paragraph 100 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

### DEFENDANT TRUWEST CREDIT UNION CREDIT INQUIRY AND CREDIT EXTENSION

101.     Answering Paragraph 101 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

102.     Answering Paragraph 102 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the

1   allegations contained therein and accordingly denies them.

2   103.   Answering Paragraph 103 of the Complaint, Tucson Federal is without
3   sufficient knowledge or information to form a belief as to the truth or falsity of the
4   allegations contained therein and accordingly denies them.

5   104.   Answering Paragraph 104 of the Complaint, Tucson Federal is without
6   sufficient knowledge or information to form a belief as to the truth or falsity of the
7   allegations contained therein and accordingly denies them.

8   105.   Answering Paragraph 105 of the Complaint, Tucson Federal is without
9   sufficient knowledge or information to form a belief as to the truth or falsity of the
10   allegations contained therein and accordingly denies them.

11   106.   Answering Paragraph 106 of the Complaint, Tucson Federal is without
12   sufficient knowledge or information to form a belief as to the truth or falsity of the
13   allegations contained therein and accordingly denies them.

14   107.   Answering Paragraph 107 of the Complaint, Tucson Federal is without
15   sufficient knowledge or information to form a belief as to the truth or falsity of the
16   allegations contained therein and accordingly denies them.

17   108.   Answering Paragraph 108 of the Complaint, Tucson Federal is without
18   sufficient knowledge or information to form a belief as to the truth or falsity of the
19   allegations contained therein and accordingly denies them.

20   109.   Answering Paragraph 109 of the Complaint, Tucson Federal is without
21   sufficient knowledge or information to form a belief as to the truth or falsity of the
22   allegations contained therein and accordingly denies them.

23   110.   Answering Paragraph 110 of the Complaint, Tucson Federal is without
24   sufficient knowledge or information to form a belief as to the truth or falsity of the
25   allegations contained therein and accordingly denies them.

26   **Count I: Violations for the Federal Equal Credit Opportunity Act**
27   **15 U.S.C. § 1691(d)**
     **DESERT TOYOTA, Tucson Federal Credit Union, America First credit Union,**
28   **TruWest Credit Union**

111.   Answering Paragraph 111 of the Complaint, Tucson Federal incorporates its admissions, denials, and allegations in paragraphs 1 through 110 by this reference.

112.   Answering Paragraph 112 of the Complaint, Tucson Federal denies the allegations contained therein related to it and denies a violation of ECOA, 15 U.S.C. §1691(d).  Tucson Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations related to the other Defendants and accordingly denies them.

113.   Answering Paragraph 113 of the Complaint, Tucson Federal denies the allegations contained therein related to it.   Tucson Federal is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

114.   Answering Paragraph 114 of the Complaint, Tucson Federal denies the allegations contained therein related to it.   Tucson Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations related to the other Defendants and accordingly denies them.

115.   Answering Paragraph 115 of the Complaint, Tucson Federal is without sufficient knowledge and information to form a belief as to the truth or falsity of the allegations related to it and accordingly denies them. Tucson affirmatively alleges that it was not required to send an adverse action notice. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

**Claim II: Violation of the Equal Credit Opportunity Act**
**15 U.S.C. § 1691(a)(1)**
**DESERT TOYOTA**

116.   Answering Paragraph 116 of the Complaint, Tucson Federal incorporates its admissions, denials, and allegations in paragraphs 1 through 115 by this reference.

117.   Answering Paragraph 117 of the Complaint, Tucson Federal submits that the allegations contained therein do not relate to it. Tucson Federal is without sufficient

knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

118.    Answering Paragraph 118 of the Complaint, Tucson Federal submits that the allegations contained therein do not relate to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

119.    Answering Paragraph 119 of the Complaint, Tucson Federal submits that the allegations contained therein do not relate to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

120.    Answering Paragraph 120 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

**Claim III: Violations for the Federal Fair Credit Reporting Act**
**16 U.S.C. § 1681b(f)**
**DESERT TOYOTA, Tucson Federal Credit Union, America First Credit Union,**
**TruWest Credit Union**

121.    Answering Paragraph 121 of the Complaint, Tucson Federal incorporates its admissions, denials, and allegations in paragraphs 1 through 120 by this reference.

122.    Answering Paragraph 122 of the Complaint, Tucson Federal denies the allegations contained therein to it.  Tucson Federal is without knowledge or information sufficient to form a belief as to the truth of the allegations related to the other Defendants, and accordingly denies them.  .

123.    Answering Paragraph 123 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

124.    Answering Paragraph 124 of the Complaint, Tucson Federal submits that there are no allegations contained therein and therefore no response is required. To the

extent a response is deemed required, Tucson Federal denies the allegations contained therein related to it.

125.   Answering Paragraph 125 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations related to the other Defendants and accordingly denies them.

126.   Answering Paragraph 126 of the Complaint, Tucson Federal admits it received a request from Desert Toyota, but is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining and/or inconsistent allegations contained therein and accordingly denies them.

127.   Answering Paragraph 127 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

128.   Answering Paragraph 128 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein related to it and accordingly denies them. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

129.   Answering Paragraph 129 of the Complaint, Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein related to it and accordingly denies them. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

130.   Answering Paragraph 130 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

131.    Answering Paragraph 131 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

**Claim IV: Violations of the Arizona Consumer Fraud Act**
**A.R.S. §§ 44-1521 to 44-1534**
**DESERT TOYOTA**

132.    Answering Paragraph 132 of the Complaint, Tucson Federal incorporates its admissions, denials, and allegations in paragraphs 1 through 131 by this reference.

133.    Answering Paragraph 133 of the Complaint, Tucson Federal submits that the allegations do not relate to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

134.    Answering Paragraph 134 of the Complaint, Tucson Federal submits that the allegations contained therein do not relate to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

135.    Answering Paragraph 135 of the Complaint, Tucson Federal submits that the allegations contained therein do not relate to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

136.    Answering Paragraph 136 of the Complaint, Tucson Federal submits that the allegations contained therein do not relate to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

137.    Answering Paragraph 137 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations

contained therein and accordingly denies them.

138.    Answering Paragraph 138 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

139.    Answering Paragraph 139 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

140.    Answering Paragraph 140 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

141.    Answering Paragraph 141 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

142.    Answering Paragraph 142 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

143.    Answering Paragraph 143 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

144.    Answering Paragraph 144 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations

contained therein and accordingly denies them.

145.    Answering Paragraph 145 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

146.    Answering Paragraph 146 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

147.    Answering Paragraph 147 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

**Claim V: Violations for the Federal Fair Credit Reporting Act**
**15 U.S.C. § 1681e(a)**
**Experian**

148.    Answering Paragraph 148 of the Complaint, Tucson Federal incorporates its admissions, denials, and allegations in paragraphs 1 through 147 by this reference.

149.    Answering Paragraph 149 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

150.    Answering Paragraph 150 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

151.    Answering Paragraph 151 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge

or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

152.    Answering Paragraph 152 of the Complaint, Tucson Federal submits that the allegations contained therein are related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

**Claim VI: Violations for the Federal Fair Credit Reporting Act**
**15 U.S.C. § 1681e(a)**
**TransUnion**

153.    Answering Paragraph 153 of the Complaint, Tucson Federal incorporates its admissions, denials, and allegations contained in paragraphs 1 through 152 by this reference.

154.    Answering Paragraph 154 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

155.    Answering Paragraph 155 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

156.    Answering Paragraph 156 of the Complaint, Tucson Federal denies the allegations contained therein related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations related to the other Defendants and accordingly denies them.

157.    Answering Paragraph 157 of the Complaint, Tucson Federal submits that the allegations contained therein are not related to it. Tucson Federal is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained therein and accordingly denies them.

158.    Answering the prayer for relief, Tucson Federal denies that Plaintiff is entitled to the relief requested from it and denies that Plaintiff is entitled to any relief against it.

159.    Tucson Federal denies any and all allegations and inferences not specifically admitted in its Answer.

### SEPARATE AND AFFIRMATIVE DEFENSES

Tucson Federal has not yet had the full opportunity to conduct a reasonable inquiry of the facts underlying this lawsuit, but based upon its current knowledge, information, and belief, Tucson Federal asserts the following separate and affirmative defenses, some or all of which may ultimately be supported by the facts to be revealed in discovery and investigations of this case.

A.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claim may not have been commenced within the applicable statute of limitations and therefore the claims may be barred.

B.    For its separate defense, Tucson Federal alleges that Plaintiff failed to state claims upon which relief may be granted pursuant to Rule 12.

C.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims are barred by the doctrines of waiver, estoppel, and/or laches.

D.    For its affirmative defense, Tucson Federal alleges that Plaintiff failed to mitigate her damages.

E.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims are barred because Tucson Federal breached no duty or obligation to Plaintiff.

F.    For its affirmative defense, Tucson Federal alleges that Plaintiff is barred from recovery against Tucson Federal because there is no causal connection between any conduct of Tucson Federal and any alleged damages that Plaintiff contends she sustained.

G.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims are barred because her damages, if any, are the result of an intervening, superseding cause or causes leading to those alleged damages and, therefore, any action or inaction on

1 the part of Tucson Federal was not the proximate cause of the alleged damages.

2     H.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims

3 are barred because the damages, if any, sustained by her, resulted from her own actions or

4 inactions, or the actions or inactions of a third party/parties, and therefore Tucson Federal

5 was not the proximate or substantial cause of the alleged damages.

6     I.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims

7 are barred because Tucson Federal was under no obligation to provide an adverse action

8 notice to Plaintiff pursuant to 12 C.F.R. §1002.9(g).

9     J.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims

10 are barred because there was no consumer report within the meaning of 15 U.S.C. §

11 1681b(f).

12     K.    For its affirmative defense, Tucson Federal alleges that Plaintiff's claims

13 are barred because she cannot show that Tucson Federal used or obtained a consumer

14 report without a permissible statutory purpose.

15     L.    For its affirmative defense, Tucson Federal alleges that Plaintiff is at fault

16 for her own alleged damages and/or others are at fault for Plaintiff's alleged damages

17 such that the comparative fault of Plaintiff and/or others eliminates and/or reduces the

18 alleged fault of Tucson Federal to zero.

19     M.    For its affirmative defense, Tucson Federal alleges that Tucson Federal

20 reserves the right to assert any additional defenses or affirmative defenses of which it

21 becomes aware during discovery. Tucson Federal states that discovery may reveal facts

22 that support the separate defenses in Rule 8, Fed. R. Civ. P. Therefore, Tucson Federal

23 reserves the following defenses and alleges the Complaint is or may be barred, in whole

24 or in part, and the alleged damages may be reduced in whole or in part by the doctrines of

25 accord and satisfaction, arbitration and award, assumption of risk, contributory

26 negligence, duress, estoppel, failure of consideration, fraud, illegality, in equitable

27 conduct, laches, license, payment, release, res judicata, statute of frauds, statute of

28 limitations, waiver, and any other matter constituting an avoidance or affirmative

defense. Rather than waive same, Tucson Federal herein sets forth in *haec verba* each and every affirmative defense and reserves all other affirmative and separate defenses.

WHEREFORE, having fully answered the Complaint, Tucson Federal requests the following relief:

     a.  That the Complaint against Tucson Federal be dismissed with prejudice and judgment be granted in favor of Tucson Federal;

     b.  That Plaintiff recover nothing from Tucson Federal on her claims;

     c.  That Tucson Federal be awarded its costs incurred and to be incurred pursuant to A.R.S. § 12-341 and that Tucson Federal be awarded its attorneys' fees incurred and to be incurred pursuant to A.R.S. §12-349 and/or by statute that may provide for the recovery of attorneys' fees.

     d.  That Tucson Federal be granted such other relief as the Court may deem appropriate. Tucson Federal also reserves the right to file third party claims and crossclaims as it believes are appropriate.

Dated this 2nd day of November, 2018.

GORDON REES SCULLY
MANSUKHANI, LLP


By:   /s/David L. O'Daniel
       David L. O'Daniel
       Annelise M. Dominguez
       *Attorneys for Defendant*
       *Tucson Federal Credit Union*


## **CERTIFICATE OF SERVICE**

☒    I hereby certify that on November 2, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and counsel of record:

- Devin Sreecharana: devin@maypotenza.com
- Andrew Scott Lishko: alishko@maypotenza.com
- Timothy R. Hyland: thyland@cavanaghlaw.com

1          •       Benjamin John Branson: bbranson@cavanaghlaw.com

2          •       Jonathan Adam Dessaules:  jdessaules@dessauleslaw.com

3          •       Christine Anderson Ferrari: cferraris@aferrarislaw.com

           •       Susan Mary Rotkis:  srotkis@clalegal.com

4

5

/s/ Jahleel Garcia

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28