COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel P. Quigley (009809)
Email:  dquigley@CDQLaw.com
J. Neil Stuart (028569)
Email:  nstuart@CDQLaw.com
  Attorneys for Trans Union, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linnea M. Gashi-Doberdoli,<br><br>              Plaintiff,<br><br>v.<br><br>DT Automotive Center, Inc., d/b/a Desert Toyota of Tucson; TruWest Credit Union; America First Credit Union; Tucson Federal Credit Union; Experian Information Solutions, Inc.; and Trans Union, LLC.<br><br>              Defendants. | Case No. 4:18-cv-00483-RM<br><br>**DEFENDANT TRANS UNION LLC ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** |

Defendant Trans Union, LLC ("Trans Union") hereby files its Answer and Defenses to the Plaintiff Linnea M. Gashi-Doberdoli's Complaint.  The paragraph numbers below correspond to the paragraph numbers contained in the Plaintiff's Complaint to the extent possible.

## I.    PRELIMINARY STATEMENT.

1.    Trans Union admits only that Plaintiff has asserted claims against Defendants for alleged violations of the Equal Credit Opportunity Act ("ECOA"), the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, and the Arizona Consumer Fraud Act.

Trans Union denies that it violated any law relied upon by Plaintiff, and denies all remaining allegations contained in paragraph 1 of the Complaint.

2.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies the same.

3.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies the same.

4.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, therefore, denies the same.

5.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and, therefore, denies the same.

6.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and, therefore, denies the same.

7.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies the same.

**II.     JURISDICTION.**

8.     Trans Union admits that jurisdiction is proper in this Court.

9.     Trans Union admits that this Court has supplemental jurisdiction.

**III.     VENUE & INTRA-DISTRICT ASSIGNMENT.**

10.     Trans Union, solely based on the allegations contained in the Complaint, admits that venue is proper in this District.

11.     Trans Union, solely based on the allegations contained in the Complaint, admits that venue is proper in this District.

2

**IV.     THE PARTIES.**

12.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint and, therefore, denies the same.

13.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies the same.

14.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies the same.

15.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies the same.

16.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, therefore, denies the same.

17.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies the same.

18.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies the same.

19.     Trans Union admits that it is a foreign corporation authorized to do business in Arizona.

20.     Trans Union admits that it is a "consumer reporting agency" as defined by § 1681a(f) of the FCRA and that it assembles consumer credit information for the purpose of furnishing consumer reports to third parties.  Trans Union admits that it sells consumer reports pursuant to contracts and agreements with subscribers.  Trans Union is without

COHEN DOWD QUIGLEY



information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 20 of the Complaint and, therefore, denies the same.

**V.      GENERAL ALLEGATIONS COMMON TO ALL CLAIMS.**

21.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies the same.

22.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies the same.

23.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies the same.

24.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and, therefore, denies the same.

25.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and, therefore, denies the same.

26.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies the same.

27.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies the same.

28.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and, therefore, denies the same.



COHEN DOWD QUIGLEY

1    29.    Trans Union is without information or knowledge sufficient to form a belief

2 as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore,

3 denies the same.

4    30.    Trans Union is without information or knowledge sufficient to form a belief

5 as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore,

6 denies the same.

7    31.    Trans Union is without information or knowledge sufficient to form a belief

8 as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore,

9 denies the same.

10    32.    Trans Union is without information or knowledge sufficient to form a belief

11 as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore,

12 denies the same.

13    33.    Trans Union is without information or knowledge sufficient to form a belief

14 as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore,

15 denies the same.

16    34.    Trans Union is without information or knowledge sufficient to form a belief

17 as to the truth of the allegations contained in paragraph 34 of the Complaint and, therefore,

18 denies the same.

19    35.    Trans Union is without information or knowledge sufficient to form a belief

20 as to the truth of the allegations contained in paragraph 35 of the Complaint and, therefore,

21 denies the same.

22    36.    Trans Union is without information or knowledge sufficient to form a belief

23 as to the truth of the allegations contained in paragraph 36 of the Complaint and, therefore,

24 denies the same.

25    37.    Trans Union is without information or knowledge sufficient to form a belief

26 as to the truth of the allegations contained in paragraph 37 of the Complaint and, therefore,

27 denies the same.

28

COHEN DOWD QUIGLEY



1     38.     Trans Union is without information or knowledge sufficient to form a belief

2  as to the truth of the allegations contained in paragraph 38 of the Complaint and, therefore,

3  denies the same.

4     39.     Trans Union is without information or knowledge sufficient to form a belief

5  as to the truth of the allegations contained in paragraph 39 of the Complaint and, therefore,

6  denies the same.

7     40.     Trans Union is without information or knowledge sufficient to form a belief

8  as to the truth of the allegations contained in paragraph 40 of the Complaint and, therefore,

9  denies the same.

10     41.     Trans Union is without information or knowledge sufficient to form a belief

11  as to the truth of the allegations contained in paragraph 41 of the Complaint and, therefore,

12  denies the same.

13     42.     Trans Union is without information or knowledge sufficient to form a belief

14  as to the truth of the allegations contained in paragraph 42 of the Complaint and, therefore,

15  denies the same.

16     43.     Trans Union is without information or knowledge sufficient to form a belief

17  as to the truth of the allegations contained in paragraph 43 of the Complaint and, therefore,

18  denies the same.

19     44.     Trans Union is without information or knowledge sufficient to form a belief

20  as to the truth of the allegations contained in paragraph 44 of the Complaint and, therefore,

21  denies the same.

22     45.     Trans Union is without information or knowledge sufficient to form a belief

23  as to the truth of the allegations contained in paragraph 45 of the Complaint and, therefore,

24  denies the same.

25     46.     Trans Union is without information or knowledge sufficient to form a belief

26  as to the truth of the allegations contained in paragraph 46 of the Complaint and, therefore,

27  denies the same.

28

COHEN DOWD QUIGLEY



47.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and, therefore, denies the same.

48.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and, therefore, denies the same.

49.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies the same.

50.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and, therefore, denies the same.

51.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and, therefore, denies the same.

52.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and, therefore, denies the same.

53.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and, therefore, denies the same.

54.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and, therefore, denies the same.

55.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and, therefore, denies the same.

COHEN DOWD QUIGLEY



56.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and, therefore, denies the same.

57.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and, therefore, denies the same.

58.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and, therefore, denies the same.

59.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and, therefore, denies the same.

60.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and, therefore, denies the same.

61.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and, therefore, denies the same.

62.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and, therefore, denies the same.

63.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and, therefore, denies the same.

64.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and, therefore, denies the same.

COHEN DOWD QUIGLEY

65.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and, therefore, denies the same.

66.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and, therefore, denies the same.

67.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and, therefore, denies the same.

68.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and, therefore, denies the same.

69.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and, therefore, denies the same.

70.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and, therefore, denies the same.

71.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and, therefore, denies the same.

72.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and, therefore, denies the same.

73.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and, therefore, denies the same.

COHEN DOWD QUIGLEY



74.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and, therefore, denies the same.

75.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and, therefore, denies the same.

76.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and, therefore, denies the same.

77.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and, therefore, denies the same.

78.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and, therefore, denies the same.

79.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and, therefore, denies the same.

80.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and, therefore, denies the same.

81.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and, therefore, denies the same.

82.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and, therefore, denies the same.

1       83.     Trans Union is without information or knowledge sufficient to form a belief
2 as to the truth of the allegations contained in paragraph 83 of the Complaint and, therefore,
3 denies the same.

4       84.     Trans Union is without information or knowledge sufficient to form a belief
5 as to the truth of the allegations contained in paragraph 84 of the Complaint and, therefore,
6 denies the same.

7       85.     Trans Union is without information or knowledge sufficient to form a belief
8 as to the truth of the allegations contained in paragraph 85 of the Complaint and, therefore,
9 denies the same.

10       86.     Trans Union is without information or knowledge sufficient to form a belief
11 as to the truth of the allegations contained in paragraph 86 of the Complaint and, therefore,
12 denies the same.

13       87.     Trans Union is without information or knowledge sufficient to form a belief
14 as to the truth of the allegations contained in paragraph 87 of the Complaint and, therefore,
15 denies the same.

16 **DEFENDANT CREDITOR INQUIRIES**

17       88.     Trans Union is without information or knowledge sufficient to form a belief
18 as to the truth of the allegations contained in paragraph 88 of the Complaint and, therefore,
19 denies the same.

20       89.     Trans Union is without information or knowledge sufficient to form a belief
21 as to the truth of the allegations contained in paragraph 89 of the Complaint and, therefore,
22 denies the same.

23       90.     Trans Union is without information or knowledge sufficient to form a belief
24 as to the truth of the allegations contained in paragraph 90 of the Complaint and, therefore,
25 denies the same.

26       91.     Trans Union is without information or knowledge sufficient to form a belief
27 as to the truth of the allegations contained in paragraph 91 of the Complaint and, therefore,
28 denies the same.

COHEN DOWD QUIGLEY



92.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and, therefore, denies the same.

93.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and, therefore, denies the same.

94.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and, therefore, denies the same.

95.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and, therefore, denies the same.

96.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and, therefore, denies the same.

97.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and, therefore, denies the same.

98.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and, therefore, denies the same.

99.     Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and, therefore, denies the same.

100.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and, therefore, denies the same.

COHEN DOWD QUIGLEY



**DEFENDANT TRUWEST CREDIT UNION CREDIT INQUIRY AND CREDIT EXTENSION**

101.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and, therefore, denies the same.

102.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and, therefore, denies the same.

103.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint and, therefore, denies the same.

104.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint and, therefore, denies the same.

105.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Complaint and, therefore, denies the same.

106.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint and, therefore, denies the same.

107.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and, therefore, denies the same.

108.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint and, therefore, denies the same.



COHEN DOWD QUIGLEY

13

109.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint and, therefore, denies the same.

110.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint and, therefore, denies the same.

### Claim I: Violations for the Federal Equal Credit Opportunity Act

### 15 U.S.C. §1691(d)

### Desert Toyota, Tucson Federal Credit Union, America First Credit Union, TruWest Credit Union

111.    Trans Union restates and incorporates its responses to paragraphs 1 – 110 above as though fully stated herein.

112.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint and, therefore, denies the same.

113.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint and, therefore, denies the same.

114.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint and, therefore, denies the same.

115.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint and, therefore, denies the same.

. . .

. . .

. . .

. . .

COHEN DOWD QUIGLEY



COHEN DOWD QUIGLEY

## Claim II: Violation of the Equal Credit Opportunity Act

### 15 U.S.C. § 1691(a)(1)

### Desert Toyota

116.    Trans Union restates and incorporates its responses to paragraphs 1 – 115 above as though fully stated herein.

117.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint and, therefore, denies the same.

118.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint and, therefore, denies the same.

119.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and, therefore, denies the same.

120.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint and, therefore, denies the same.

## Claim III: Violations for the Federal Fair Credit Reporting Act

### 16 U.S.C. § 1681b(f)

### Desert Toyota, Tucson Federal Credit Union, America First Credit Union, TruWest Credit Union

121.    Trans Union restates and incorporates its responses to paragraphs 1 – 120 above as though fully stated herein.

122.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint and, therefore, denies the same.

123.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint and, therefore, denies the same.

124.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint and, therefore, denies the same.

125.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint and, therefore, denies the same.

126.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint and, therefore, denies the same.

127.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint and, therefore, denies the same.

128.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint and, therefore, denies the same.

129.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint and, therefore, denies the same.

130.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint and, therefore, denies the same.

131.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint and, therefore, denies the same.

. . .

COHEN DOWD QUIGLEY



**Claim IV: Violations of the Arizona Consumer Fraud Act**

**A.R.S. §§ 44-1521 to 44-1534**

**Desert Toyota**

132.    Trans Union restates and incorporates its responses to paragraphs 1 – 131 above as though fully stated herein.

133.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint and, therefore, denies the same.

134.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint and, therefore, denies the same.

135.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint and, therefore, denies the same.

136.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint and, therefore, denies the same.

137.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint and, therefore, denies the same.

138.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint and, therefore, denies the same.

139.    Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint and, therefore, denies the same.

COHEN DOWD QUIGLEY

1   140.   Trans Union is without information or knowledge sufficient to form a belief
2   as to the truth of the allegations contained in paragraph 140 of the Complaint and, therefore,
3   denies the same.

4   141.   Trans Union is without information or knowledge sufficient to form a belief
5   as to the truth of the allegations contained in paragraph 141 of the Complaint and, therefore,
6   denies the same.

7   142.   Trans Union is without information or knowledge sufficient to form a belief
8   as to the truth of the allegations contained in paragraph 142 of the Complaint and, therefore,
9   denies the same.

10   143.   Trans Union is without information or knowledge sufficient to form a belief
11   as to the truth of the allegations contained in paragraph 143 of the Complaint and, therefore,
12   denies the same.

13   144.   Trans Union is without information or knowledge sufficient to form a belief
14   as to the truth of the allegations contained in paragraph 144 of the Complaint and, therefore,
15   denies the same.

16   145.   Trans Union is without information or knowledge sufficient to form a belief
17   as to the truth of the allegations contained in paragraph 145 of the Complaint and, therefore,
18   denies the same.

19   146.   Trans Union is without information or knowledge sufficient to form a belief
20   as to the truth of the allegations contained in paragraph 146 of the Complaint and, therefore,
21   denies the same.

22   147.   Trans Union is without information or knowledge sufficient to form a belief
23   as to the truth of the allegations contained in paragraph 147 of the Complaint and, therefore,
24   denies the same.

25   . . .
26   . . .
27   . . .
28   . . .

COHEN DOWD QUIGLEY



<div style="writing-mode: vertical">COHEN DOWD QUIGLEY</div>



### Claim V: Violations for the Federal Fair Credit Reporting Act

### 15 U.S.C. §1681e(a)

### Experian

148.   Trans Union restates and incorporates its responses to paragraphs 1 – 147 above as though fully stated herein.

149.   Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Complaint and, therefore, denies the same.

150.   Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint and, therefore, denies the same.

151.   Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint and, therefore, denies the same.

152.   Trans Union is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint and, therefore, denies the same.

### Claim VI: Violations for the Federal Fair Credit Reporting Act

### 15 U.S.C. §1681e(a)

### TransUnion

153.   Trans Union restates and incorporates its responses to paragraphs 1 – 152 above as though fully stated herein.

154.   Trans Union denies the allegations contained in paragraph 154 of the Complaint.

155.   Trans Union denies the allegations contained in paragraph 155 of the Complaint.

156.   Trans Union denies the allegations contained in paragraph 156 of the Complaint.

157.    Trans Union denies the allegations contained in paragraph 157 of the Complaint.

Trans Union denies the relief sought in the prayer paragraph of the Complaint under Claim VI.

**DEMAND FOR JURY TRIAL**

Trans Union admits Plaintiff demands a trial by jury.

**DEFENSES**

158.    At all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

159.    Trans Union alleges that any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

160.    Trans Union at all times acted in compliance with the FCRA.

161.    Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Arizona.

162.    Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

WHEREFORE, Defendant Trans Union, LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

. . .

. . .

. . .

. . .

. . .



COHEN DOWD QUIGLEY

DATED this 13th day of November, 2018.

**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
  *Attorneys for Trans Union LLC*

/s/ *J. Neil Stuart*
Daniel P. Quigley
J. Neil Stuart

1    **CERTIFICATE OF SERVICE**

2        I hereby certify that on the 13th day of November, 2018, I electronically transmitted

3    the attached document to the Clerk's Office using the CM/ECF System for filing and

4    transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

5

6    Christine Anderson Ferraris                      Timothy R. Hyland
     **A. FERRARIS LAW PLLC**                          **CAVANAGH LAW FIRM PA**

7    333 North Wilmot Road, Suite 340                 1850 North Central Avenue, Suite 2400
     Tucson, Arizona 85711                            Phoenix, Arizona 85004

8    cferraris@aferrarislaw.com                       thyland@cavanaghlaw.com
         *and*                                            *and*

9    Susan Mary Rotkis                                Benjamin John Branson

10   **CONSUMER LITIGATION ASSOCIATES PLLC**           **BAUMAN LOEWE WITT & MAXWELL**
     382 South Convent Avenue                         **PLLC**

11   Tucson, Arizona 85716                            8765 East Bell Road, Suite 210

12   srotkis@clalegal.com                             Scottsdale, Arizona 85260
         *Counsel for Plaintiff*                      bbranson@cavanaghlaw.com

13                                                        *Counsel for America First Credit Union*

14
     David L. O'Daniel                                Jonathan A. Dessaules

15   **GORDON & REES LLP**                             **DESSAULES LAW GROUP**

16   111 West Monroe Street, Suite 1600               5353 North 16th Street, Suite 110
     Phoenix, Arizona 85003                           Phoenix, Arizona 85016

17   dodaniel@gordonrees.com                          jdessaules@dessauleslaw.com
         *Counsel for Tucson Federal Credit Union*        *Counsel for Experian Information Solutions,*

18                                                        *Inc.*

19

20   Devin Sreecharana
     Andrew Scott Lishko

21   **MAY POTENZA BARAN & GILLESPIE PC**
     201 North Central Avenue, Suite 2210

22   Phoenix, Arizona 85004-0608

23   devin@maypotenza.com
     alishko@maypotenza.com

24       *Counsel for Truvest Credit Union*

25

26                                                   */s/ J. Neil Stuart*
                                                     _____

27                                                   J. Neil Stuart

28

                                                22