Jeremy C. Johnson, Bar #025203
Christopher K. Heo, Bar #033983
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7868
jjohnson@jshfirm.com
cheo@jshfirm.com

Attorneys for Defendant DT Automotive
Center, Inc., dba Desert Toyota of Tucson

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Linnea M. Gashi-Doberdoli, | NO. 4:18-cv-00483-RM |
| Plaintiff, | **DEFENDANT DT AUTOMOTIVE CENTER, INC. DBA DESERT TOYOTA OF TUCSON'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| v. | |
| DT Automotive Center, Inc. dba Desert Toyota of Tucson; Truwest Credit Union; America First Credit Union, Tucson Federal Credit Union; Experian Information Solutions, Inc., Transunion, LLC, | |
| Defendants. | |

Defendant DT Automotive Center, Inc. dba Desert Toyota of Tucson (hereinafter "Defendant"), by and through undersigned counsel, for their Answer to Plaintiff's Complaint admit, deny, and allege as follows:

## I. PRELIMINARY STATEMENT

1.    In answering Paragraph 1 of Plaintiff's Complaint, Defendant admits only that Plaintiff filed a Complaint against Defendants DT Automotive Center, Inc. dba Desert Toyota of Tucson, TruWest Credit Union, and Arizona Central Credit Union on September 26, 2018. Defendant denies all other allegations contained in Paragraph 1 of Plaintiff's Complaint.

1
2      2.      In answering Paragraph 2 of Plaintiff's Complaint, Defendant admits
3  only that Plaintiff and Defendant agreed to terms to purchase a used truck. Defendant
   denies all other allegations contained in Paragraph 2 of Plaintiff's Complaint.

4      3.      Defendant denies the allegations contained in Paragraph 3 of
5  Plaintiff's Complaint.

6      4.      Defendant denies the allegations contained in Paragraph 4 of
7  Plaintiff's Complaint.

8      5.      The allegations contained in Paragraph 5 of Plaintiff's Complaint are
9  not directed towards this Defendant and therefore no response is required. To the extent a
10 response is required, Defendant is without sufficient knowledge or information to form a
11 belief as to the truth of the allegations and therefore denies the allegations.

12     6.      Defendant denies the allegations contained in Paragraph 6 of
13 Plaintiff's Complaint.

14     7.      Defendant denies the allegations contained in Paragraph 7 of
15 Plaintiff's Complaint.

16                              **II. JURISDICTION**

17     8.      In answering Paragraph 8 of Plaintiff's Complaint, Defendant does
18 not contest Plaintiff's allegation that this Court has federal question jurisdiction over this
19 case.

20     9.      In answering Paragraph 9 of Plaintiff's Complaint, Defendant does
21 not contest Plaintiff's allegations that this Court has supplemental jurisdiction over this
22 case.

23                 **III. VENUE & INTRA-DISTRICT ASSIGNMENT**

24     10.     In answering Paragraph 10 of Plaintiff's Complaint, Defendant
25 admits only that venue is proper in the District of Arizona. Defendant denies all other
26 allegations contained in Paragraph 10 of Plaintiff's Complaint.

27
28

7168931.1                            2

11.     Upon information and belief, Defendant admits only that Plaintiff resides in Pima County. Defendant denies all other allegations contained in Paragraph 11 of Plaintiff's Complaint.

### IV. THE PARTIES

12.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore deny the same.

13.     Defendant admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.     The allegations contained in Paragraph 14 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

15.     The allegations contained in Paragraph 15 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

16.     The allegations contained in Paragraph 16 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

17.     The allegations contained in Paragraph 17 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

18.     The allegations contained in Paragraph 18 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the

1  extent a response is required, Defendant is without sufficient knowledge or information to

2  form a belief as to the truth of the allegations and therefore denies the allegations.

3          19.     The allegations contained in Paragraph 19 of Plaintiff's Complaint

4  are not directed towards this Defendant and therefore no response is required. To the

5  extent a response is required, Defendant is without sufficient knowledge or information to

6  form a belief as to the truth of the allegations and therefore denies the allegations.

7          20.     The allegations contained in Paragraph 20 of Plaintiff's Complaint

8  are not directed towards this Defendant and therefore no response is required. To the

9  extent a response is required, Defendant is without sufficient knowledge or information to

10  form a belief as to the truth of the allegations and therefore denies the allegations.

11              **V. GENERAL ALLEGATIONS COMMON TO ALL CLAIMS**

12          21.     In answering Paragraph 21 of Plaintiff's Complaint, Defendant

13  admits only that Plaintiff went to Desert Toyota on December 5, 2017. Defendant is

14  without sufficient knowledge or information to form a belief as the truth of the remaining

15  allegations and therefore denies the same.

16          22.     Defendant is without sufficient knowledge or information to form a

17  belief as to the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint

18  and therefore denies the same.

19          23.     Defendant is without sufficient knowledge or information to form a

20  belief as to the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint

21  and therefore denies the same.

22          24.     Defendant is without sufficient knowledge or information to form a

23  belief as to the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint

24  and therefore denies the same.

25          25.     Defendant is without sufficient knowledge or information to form a

26  belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint

27  and therefore denies the same.

28

26.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and therefore denies the same.

27.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint and therefore denies the same.

28.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint and therefore denies the same.

29.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint and therefore denies the same.

30.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint and therefore denies the same.

31.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint and therefore denies the same.

32.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32 of Plaintiff's Complaint and therefore denies the same.

33.     In answering Paragraph 33 of Plaintiff's Complaint, Defendant admits only that Plaintiff signed documents to finalize her purchase of the Toyota Tundra. Defendant denies the remaining allegations.

34.     In answering Paragraph 34 of Plaintiff's Complaint, Defendant admits only that Plaintiff traded in a vehicle as part of the purchase of the Toyota Tundra. Defendant is without sufficient knowledge or information to form a belief as to the truth

1  of the remaining allegations contained in Paragraph 34 of Plaintiff's Complaint and

2  therefore denies the same.

3          35.    Defendant denies the allegations contained in Paragraph 35 of

4  Plaintiff's Complaint.

5          36.    Defendant is without sufficient knowledge or information to form a

6  belief as to the truth of the allegations contained in Paragraph 36 of Plaintiff's Complaint

7  and therefore denies the same.

8          37.    Defendant is without sufficient knowledge or information to form a

9  belief as to the truth of the allegations contained in Paragraph 37 of Plaintiff's Complaint

10 and therefore denies the same.

11         38.    Defendant is without sufficient knowledge or information to form a

12 belief as to the truth of the allegations contained in Paragraph 38 of Plaintiff's Complaint

13 and therefore denies the same.

14         39.    Defendant is without sufficient knowledge or information to form a

15 belief as to the truth of the allegations contained in Paragraph 39 of Plaintiff's Complaint

16 and therefore denies the same.

17         40.    Defendant is without sufficient knowledge or information to form a

18 belief as to the truth of the allegations contained in Paragraph 40 of Plaintiff's Complaint

19 and therefore denies the same.

20         41.    Defendant is without sufficient knowledge or information to form a

21 belief as to the truth of the allegations contained in Paragraph 41 of Plaintiff's Complaint

22 and therefore denies the same.

23         42.    Defendant is without sufficient knowledge or information to form a

24 belief as to the truth of the allegations contained in Paragraph 42 of Plaintiff's Complaint

25 and therefore denies the same.

26         43.    Defendant is without sufficient knowledge or information to form a

27 belief as to the truth of the allegations contained in Paragraph 43 of Plaintiff's Complaint

28 and therefore denies the same.

44.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 44 of Plaintiff's Complaint and therefore denies the same.

45.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 45 of Plaintiff's Complaint and therefore denies the same.

46.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 46 of Plaintiff's Complaint and therefore denies the same.

47.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 47 of Plaintiff's Complaint and therefore denies the same.

48.     In answering Paragraph 48 of Plaintiff's Complaint, Defendant admits only that Plaintiff was asked to pay an additional $1,000. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 48 of Plaintiff's Complaint and therefore denies the same.

49.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and therefore denies the same.

50.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 50 of Plaintiff's Complaint and therefore denies the same.

51.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 51 of Plaintiff's Complaint and therefore denies the same.

1    52.    Defendant is without sufficient knowledge or information to form a

2    belief as to the truth of the allegations contained in Paragraph 52 of Plaintiff's Complaint

3    and therefore denies the same.

4    53.    Defendant is without sufficient knowledge or information to form a

5    belief as to the truth of the allegations contained in Paragraph 53 of Plaintiff's Complaint

6    and therefore denies the same.

7    54.    Defendant is without sufficient knowledge or information to form a

8    belief as to the truth of the allegations contained in Paragraph 54 of Plaintiff's Complaint

9    and therefore denies the same.

10    55.    Defendant is without sufficient knowledge or information to form a

11    belief as to the truth of the allegations contained in Paragraph 55 of Plaintiff's Complaint

12    and therefore denies the same.

13    56.    Defendant is without sufficient knowledge or information to form a

14    belief as to the truth of the allegations contained in Paragraph 56 of Plaintiff's Complaint

15    and therefore denies the same.

16    57.    Defendant is without sufficient knowledge or information to form a

17    belief as to the truth of the allegations contained in Paragraph 57 of Plaintiff's Complaint

18    and therefore denies the same.

19    58.    Defendant is without sufficient knowledge or information to form a

20    belief as to the truth of the allegations contained in Paragraph 58 of Plaintiff's Complaint

21    and therefore denies the same.

22    59.    Defendant is without sufficient knowledge or information to form a

23    belief as to the truth of the allegations contained in Paragraph 59 of Plaintiff's Complaint

24    and therefore denies the same.

25    60.    Defendant is without sufficient knowledge or information to form a

26    belief as to the truth of the allegations contained in Paragraph 60 of Plaintiff's Complaint

27    and therefore denies the same.

28

61.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 61 of Plaintiff's Complaint and therefore denies the same.

62.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 62 of Plaintiff's Complaint and therefore denies the same.

63.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 63 of Plaintiff's Complaint and therefore denies the same.

64.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 64 of Plaintiff's Complaint and therefore denies the same.

65.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 65 of Plaintiff's Complaint and therefore denies the same.

66.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 66 of Plaintiff's Complaint and therefore denies the same.

67.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 67 of Plaintiff's Complaint and therefore denies the same.

68.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 68 of Plaintiff's Complaint and therefore denies the same.

69.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 69 of Plaintiff's Complaint and therefore denies the same.

1          70.    Defendant is without sufficient knowledge or information to form a

2   belief as to the truth of the allegations contained in Paragraph 70 of Plaintiff's Complaint

3   and therefore denies the same.

4          71.    Defendant is without sufficient knowledge or information to form a

5   belief as to the truth of the allegations contained in Paragraph 71 of Plaintiff's Complaint

6   and therefore denies the same.

7          72.    Defendant is without sufficient knowledge or information to form a

8   belief as to the truth of the allegations contained in Paragraph 72 of Plaintiff's Complaint

9   and therefore denies the same.

10          73.    Defendant is without sufficient knowledge or information to form a

11   belief as to the truth of the allegations contained in Paragraph 73 of Plaintiff's Complaint

12   and therefore denies the same.

13          74.    Defendant is without sufficient knowledge or information to form a

14   belief as to the truth of the allegations contained in Paragraph 74 of Plaintiff's Complaint

15   and therefore denies the same.

16          75.    In answering Paragraph 75 of Plaintiff's Complaint, Defendant

17   admits only that Mr. Rockov met with Plaintiff and that Mr. Rockov showed her a

18   document. Defendant is without sufficient knowledge or information to form a belief as to

19   the truth of the remaining allegations contained in Paragraph 75 of Plaintiff's Complaint

20   and therefore denies the same.

21          76.    Defendant is without sufficient knowledge or information to form a

22   belief as to the truth of the allegations contained in Paragraph 76 of Plaintiff's Complaint

23   and therefore denies the same.

24          77.    Defendant is without sufficient knowledge or information to form a

25   belief as to the truth of the allegations contained in Paragraph 77 of Plaintiff's Complaint

26   and therefore denies the same.

27

28

1         78.      Defendant is without sufficient knowledge or information to form a

2 belief as to the truth of the allegations contained in Paragraph 78 of Plaintiff's Complaint

3 and therefore denies the same.

4         79.      Defendant is without sufficient knowledge or information to form a

5 belief as to the truth of the allegations contained in Paragraph 79 of Plaintiff's Complaint

6 and therefore denies the same.

7         80.      Upon information and belief, Defendant admits the allegations

8 contained in Paragraph 80 of Plaintiff's Complaint.

9         81.      Defendant is without sufficient knowledge or information to form a

10 belief as to the truth of the allegations contained in Paragraph 81 of Plaintiff's Complaint

11 and therefore denies the same.

12         82.      Defendant is without sufficient knowledge or information to form a

13 belief as to the truth of the allegations contained in Paragraph 82 of Plaintiff's Complaint

14 and therefore denies the same.

15         83.      Defendant denies the allegations contained in Paragraph 83 of

16 Plaintiff's Complaint.

17         84.      Defendant is without sufficient knowledge or information to form a

18 belief as to the truth of the allegations contained in Paragraph 84 of Plaintiff's Complaint

19 and therefore denies the same.

20         85.      Defendant is without sufficient knowledge or information to form a

21 belief as to the truth of the allegations contained in Paragraph 85 of Plaintiff's Complaint

22 and therefore denies the same.

23         86.      Defendant is without sufficient knowledge or information to form a

24 belief as to the truth of the allegations contained in Paragraph 86 of Plaintiff's Complaint

25 and therefore denies the same.

26         87.      Defendant is without sufficient knowledge or information to form a

27 belief as to the truth of the allegations contained in Paragraph 87 of Plaintiff's Complaint

28 and therefore denies the same.

**DEFENDANT CREDITOR INQUIRIES**

88.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 88 of Plaintiff's Complaint and therefore denies the same.

89.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 89 of Plaintiff's Complaint and therefore denies the same.

90.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 90 of Plaintiff's Complaint and therefore denies the same.

91.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 91 of Plaintiff's Complaint and therefore denies the same.

92.     The allegations contained in Paragraph 92 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

93.     The allegations contained in Paragraph 93 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

94.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 94 of Plaintiff's Complaint and therefore denies the same.

95.     The allegations contained in Paragraph 95 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

96.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 96 of Plaintiff's Complaint and therefore denies the same.

97.     The allegations contained in Paragraph 97 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

98.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 98 of Plaintiff's Complaint and therefore denies the same.

99.     The allegations contained in Paragraph 99 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

100.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 100 of Plaintiff's Complaint and therefore denies the same.

**DEFENDANT TRUWEST CREDIT UNION INQUIRY AND CREDIT EXTENSION**

101.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 101 of Plaintiff's Complaint and therefore denies the same.

102.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 102 of Plaintiff's Complaint and therefore denies the same.

103.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 103 of Plaintiff's Complaint and therefore denies the same.

104. Defendant denies the allegations contained in Paragraph 104 of Plaintiff's Complaint.

105. The allegations contained in Paragraph 105 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

106. The allegations contained in Paragraph 106 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

107. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 107 of Plaintiff's Complaint and therefore denies the same.

108. The allegations contained in Paragraph 108 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

109. The allegations contained in Paragraph 109 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

110. The allegations contained in Paragraph 110 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

**Count I: Violations for the Federal Equal Credit Opportunity Act 15 U.S.C. §1691(d)**
**DESERT TOYOTA, Tucson Federal Credit Union, America First Credit Union, TruWest Credit Union**

111.    Defendant incorporates its responses to Paragraphs 1 through 110 of Plaintiff's Complaint, as if stated fully herein.

112.    Defendant denies the allegations contained in Paragraph 112 of Plaintiff's Complaint as they pertain to Defendant.

113.    Defendant denies the allegations contained in Paragraph 113 of Plaintiff's Complaint as they pertain to Defendant.

114.    Defendant denies the allegations contained in Paragraph 114 of Plaintiff's Complaint as they pertain to Defendant.

115.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 115 of Plaintiff's Complaint and therefore denies the same.

**Count II: Violation of the Equal Credit Opportunity Act 15 U.S.C. §1691(a)(1)**
**DESERT TOYOTA**

116.    Defendant incorporates its responses to Paragraphs 1 through 115 of Plaintiff's Complaint, as if stated fully herein.

117.    Defendant denies the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118.    Defendant denies the allegations contained in Paragraph 118 of Plaintiff's Complaint.

119.    Defendant denies the allegations contained in Paragraph 119 of Plaintiff's Complaint.

120.    Defendant denies the allegations contained in Paragraph 120 of Plaintiff's Complaint.

**Count III: Violations for the Federal Fair Credit Reporting Act**
**16 U.S.C. §1681b(f)**
**DESERT TOYOTA, Tucson Federal Credit Union, America First Credit Union,**
**TruWest Credit Union**

121.    Defendant incorporates its responses to Paragraphs 1 through 120 of Plaintiff's Complaint, as if stated fully herein.

122.    Defendant denies the allegations contained in Paragraph 122 of Plaintiff's Complaint as they pertain to Defendant.

123.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 123 of Plaintiff's Complaint and therefore denies the same.

124.    An affirmative response is not required to Paragraph 124 of Plaintiff's Complaint. To the extent a response is required, Defendant denies the allegations contained in Paragraph 124 of Plaintiff's Complaint.

125.    In answering Paragraph 125 of Plaintiff's Complaint, Defendant admits only to those duties imposed upon it by law and, further pleading, states that it complied with any and all such duties.

126.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 126 of Plaintiff's Complaint and therefore denies the same.

127.    Defendant denies the allegations contained in Paragraph 127 of Plaintiff's Complaint as they pertain to Defendant.

128.    Defendant denies the allegations contained in Paragraph 128 of Plaintiff's Complaint as they pertain to Defendant.

129.    Defendant denies the allegations contained in Paragraph 129 of Plaintiff's Complaint as they pertain to Defendant.

130.    Defendant denies the allegations contained in Paragraph 130 of Plaintiff's Complaint as they pertain to Defendant.

131.    Defendant denies the allegations contained in Paragraph 131 of Plaintiff's Complaint as they pertain to Defendant.

## Count IV: Violations of the Arizona Consumer Fraud Act
### A.R.S. §44-1521 to 44-1534
### DESERT TOYOTA

132.    Defendant incorporates its responses to Paragraphs 1 through 131 of Plaintiff's Complaint, as if stated fully herein.

133.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 133 of Plaintiff's Complaint and therefore denies the same.

134.   Upon information and belief, Defendant admits the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 135 of Plaintiff's Complaint and therefore denies the same.

136.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 136 of Plaintiff's Complaint and therefore denies the same.

137.   Defendant denies the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138.   Defendant denies the allegations contained in Paragraph 138 of Plaintiff's Complaint.

139.   Defendant denies the allegations contained in Paragraph 139 of Plaintiff's Complaint.

140.   Defendant denies the allegations contained in Paragraph 140 of Plaintiff's Complaint.

141.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 141 of Plaintiff's Complaint and therefore denies the same.

142.   Defendant denies the allegations contained in Paragraph 142 of Plaintiff's Complaint.

143.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 143 of Plaintiff's Complaint and therefore denies the same.

1    144.    Defendant is without sufficient knowledge or information to form a

2    belief as to the truth of the allegations contained in Paragraph 144 of Plaintiff's Complaint

3    and therefore denies the same. Defendant further denies any allegation that Defendant

4    created a false signature.

5    145.    Defendant denies the allegations contained in Paragraph 145 of

6    Plaintiff's Complaint.

7    146.    Defendant denies the allegations contained in Paragraph 146 of

8    Plaintiff's Complaint.

9    147.    Defendant denies the allegations contained in Paragraph 147 of

10   Plaintiff's Complaint.

11   **Count V: Violations of the Federal Fair Credit Reporting Act**
**15 U.S.C. §1691e(a)**
12   **Experian**

13   148.    Defendant incorporates its responses to Paragraphs 1 through 148 of

14   Plaintiff's Complaint, as if stated fully herein.

15   149.    The allegations contained in Paragraph 149 of Plaintiff's Complaint

16   are not directed towards this Defendant and therefore no response is required. To the

17   extent a response is required, Defendant is without sufficient knowledge or information to

18   form a belief as to the truth of the allegations and therefore denies the allegations.

19   150.    The allegations contained in Paragraph 150 of Plaintiff's Complaint

20   are not directed towards this Defendant and therefore no response is required. To the

21   extent a response is required, Defendant is without sufficient knowledge or information to

22   form a belief as to the truth of the allegations and therefore denies the allegations.

23   151.    Defendant denies the allegations contained in Paragraph 151 of

24   Plaintiff's Complaint.

25   152.    The allegations contained in Paragraph 152 of Plaintiff's Complaint

26   are not directed towards this Defendant and therefore no response is required. To the

27   extent a response is required, Defendant is without sufficient knowledge or information to

28   form a belief as to the truth of the allegations and therefore denies the allegations.

## Count VI: Violations of the Federal Fair Credit Reporting Act
### 15 U.S.C. §1691e(a)
### TransUnion

153.    Defendant incorporates its responses to Paragraphs 1 through 152 of Plaintiff's Complaint, as if stated fully herein.

154.    The allegations contained in Paragraph 154 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

155.    The allegations contained in Paragraph 155 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

156.    Defendant denies the allegations contained in Paragraph 156 of Plaintiff's Complaint.

157.    The allegations contained in Paragraph 157 of Plaintiff's Complaint are not directed towards this Defendant and therefore no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations and therefore denies the allegations.

## AFFIRMATIVE DEFENSES

1.    As and for a separate defense and in the alternative, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief may be granted against Defendant.

2.    As and for a separate defense and in the alternative, Defendant alleges that it breached no duty or obligation to Plaintiff.

3.    As and for a separate defense and in the alternative, Defendant alleges that Plaintiff's damages, if any, are the result of her own actions or inactions and are not the result of Defendant's conduct.

1        4.     As and for a separate defense and in the alternative, Defendant

2    alleges that Plaintiff was negligent in whole or in part thereby reducing or eliminating any

3    damages owed by Defendant by way of the doctrine of comparative negligence, and in the

4    event judgment is rendered against Defendant, Defendant is entitled to have its

5    negligence, if any, compared to and contribution from other named and unnamed parties,

6    including Plaintiff, for their proportionate share of fault.

7        5.     As and for a separate defense and in the alternative, Defendant

8    alleges that any damages incurred by Plaintiff was as the result of an intervening or

9    superseding cause or through the negligence of someone other than Defendant, all of

10   which bars or reduces recovery to Plaintiff herein from Defendant.

11       6.     As and for a separate defense and in the alternative, Defendant

12   alleges that Plaintiff's claims are barred because Defendant was under no obligation to

13   provide Plaintiff with notice of an adverse action under 15 U.S.C. §1691(d).

14       7.     As and for a separate defense and in the alternative, Defendant

15   alleges that Plaintiff's claims under 15 U.S.C. §1691(a)(1) are barred because inquiry into

16   marital status is allowed under Regulation B, 1002.5(c)(2)(iv) which allows inquiry into

17   marital status when the applicant resides in a community property state.

18       8.     As and for a separate defense and in the alternative, Defendant

19   alleges that no consumer report was produced and therefore Plaintiff's claims under 16

20   U.S.C. §1681b(f) are barred.

21       9.     As and for a separate defense and in the alternative, Defendant

22   alleges that if a consumer report was produced under 16 U.S.C. §1681b(f), Plaintiff

23   authorized the use of the consumer report thereby barring her claims.

24       10.    As and for a separate defense and in the alternative, Defendant

25   alleges that Plaintiff has failed to mitigate her damages, thus barring or reducing the

26   recovery against Defendant.

27       11.    Although Defendant does not presently have specific facts in support

28   of the remaining defenses, it wishes to put counsel for Plaintiff upon notice that it raises

the following defenses which, through subsequent discovery may, indeed, be supported by the facts: lack of jurisdiction over the subject matter, lack of jurisdiction over the person, arbitration and award, discharge in bankruptcy, duress, set-off, failure to join an indispensable party, failure of consideration, fraud, illegality, laches, license, payment, release, res judicata, estoppel, statute of frauds, statute of limitations, insufficiency of process and insufficiency of service of process, and waiver.

WHEREFORE, having fully answered the allegations of Plaintiff's Complaint, Defendant prays that it be dismissed with prejudice, that Plaintiff takes nothing thereby, that Defendant be awarded its costs and attorney fees incurred, and for such other and further relief as this Court deems just.

DATED this 19th day of November 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Christopher K. Heo
　　Jeremy C. Johnson
　　Christopher K. Heo
　　40 North Central Avenue, Suite 2700
　　Phoenix, Arizona 85004
　　Attorneys for Defendant DT Automotive
　　Center, Inc., dba Desert Toyota of Tucson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Drapeau