Jeremy C. Johnson, Bar #025203
Christopher K. Heo, Bar #033983
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7868
jjohnson@jshfirm.com
cheo@jshfirm.com

Attorneys for Defendant DT Automotive Center, Inc., dba Desert Toyota of Tucson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Linnea M. Gashi-Doberdoli,<br><br>    Plaintiff,<br><br>v.<br><br>DT Automotive Center, Inc. dba Desert Toyota of Tucson; Truwest Credit Union; America First Credit Union, Tucson Federal Credit Union; Experian Information Solutions, Inc., Transunion, LLC,<br><br>    Defendants. | NO. 4:18-cv-00483-RM<br><br>**NOTICE OF SERVICE OF DEFENDANT DT AUTOMOTIVE CENTER, INC.'S RESPONSE TO MANDATORY INITIAL DISCOVERY REQUESTS** |

Defendant DT Automotive Center, Inc., by and through undersigned counsel, hereby gives notice that it has served upon counsel, by mail, Defendant DT Automotive Center, Inc.'s Mandatory Initial Discovery Requests.

7249921.1

DATED this 19th day of December 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Christopher K. Heo
Jeremy C. Johnson
Christopher K. Heo
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant DT Automotive
Center, Inc., dba Desert Toyota of Tucson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Drapeau

7249921.1                              2