Christine Anderson Ferraris, AZ Bar 031414
A. FERRARIS LAW, PLLC
333 N. Wilmot Rd., Suite 340
Tucson, Arizona 85711
Tel. (520) 268-1289
cferraris@aferrarislaw.com

Susan M. Rotkis, AZ Bar 032866
CONSUMER LITIGATION ASSOCIATES WEST, PLLC
382 S. Convent
Tucson, Arizona 85716
Tel. (520) 622-2481
srotkis@clalegal.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linnea M. Gashi-Doberdoli, | **CASE NO. 4:18CV483** |
| Plaintiff, | **Notice of Service Pursuant to LRCiv. 5.2** |
| v. | |
| DT Automotive Center, Inc. d/b/a Desert Toyota of Tucson; et al., | |
| Defendants. | |

Please take notice that on the 9th day of April 2019, Plaintiff served the

following discovery requests by email to all counsel of record according to the agreement of all parties:

Plaintiff's First Request for Production of Documents to TruWest Credit Union;

Plaintiff's First Request for Production of Documents to DT Automotive;

Plaintiff's First Interrogatories to TruWest Credit Union;

Plaintiff's First Interrogatories to DT Automotive;

Plaintiff's First Request for Admissions to DT Automotive;

Plaintiff's First Request for Admissions to TruWest Credit Union.

Linnea M. Gashi-Doberdoli,

/s/  Susan Mary Rotkis
Susan Mary Rotkis, AZ Bar 032866
Consumer Litigation Associates West, PLLC
382 S. Convent Ave.
Tucson, Arizona 85716
Tel. (520) 622-2481
srotkis@clalegal.com

*/s/ Christine Anderson Ferraris*
Christine Anderson Ferraris, AZ Bar 031414
A. Ferraris Law, PLLC
333 N. Wilmot Rd., Suite 340
Tucson, Arizona 85711
Tel. (520) 268-1289
cferraris@aferrarislaw.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

The foregoing was served this 9th day of April 2019 by filing with the CM/ECF system, which shall serve the following counsel of record by Notice of Electronic Filing (NEF):

Courtney Moran
Jeremy Johnson
Jones Skelton & Hochuli, PLC
40 N. Central Ave. Suite 2700
Phoenix, AZ 85004
jjohnson@JSHFIRM.COM
CMoran@JSHFIRM.COM
Attorneys for DT Automotive Center, Inc. &
America First Credit Union

Devin Sreecharana
Andrew Scott Lishko
May Potenza Baran & Gillespie P.C.
201 N. Central Ave. Suite 2210
Phoenix, AZ 85004
devin@maypotenza.com
alishko@maypotenza.com
Attorneys for TruWest Credit Union


David O'Daniel
Gordon & Rees LLP
111 W. Monroe St. Suite 1600
Phoenix, AZ 85003
dodaniel@gordonrees.com
Attorneys for Tucson Federal Credit Union

Daniel P. Quigley
John Neil Stuart
Cohen Dowd Quigley PC
2425 E. Camelback Rd. Suite 1100
Phoenix, AZ 85016
dquigley@cdqlaw.com

nstuart@cdqlaw.com
Attorneys for TransUnion LLC

*/s/ Susan M. Rotkis*
Susan M. Rotkis, AZ Bar 032866
Consumer Litigation Associates West, PLLC
382 S. Convent Ave.
Tucson, Arizona 85716
Tel. (520) 622-2481
srotkis@clalegal.com